FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 APR 26 AM 9: 45

CLERK
SD. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JASON ROBERT RIPPY,

    Plaintiff,

v.

CIVIL ACTION NO.: CV611-018

Dr. MARY ALSTON,

    Defendant.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendant's Motion for Summary Judgment is **GRANTED**. Plaintiff's Complaint is **dismissed**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 26 day of April, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)